**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-7284**

HUGH ROYAL EPPS,

       Plaintiff - Appellant,

   v.

UNITED STATES OF AMERICA; MLP VICARTHUR FACTORA; DR. KATHERINE LAYBOURNE; FBOP REGIONAL MEDICAL STAFF, Etc.; FBOP WARDEN; DR. KHAN; DR. KALUR,

       Defendants - Appellees,

    and

FEDERAL BUREAU OF PRISONS, Medical Staff at FCI Low,

       Defendant.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. Henry E. Hudson, Senior District Judge. (3:17-cv-00646-HEH-RCY)

Submitted: January 9, 2020              Decided: January 16, 2020

Before KING, AGEE, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Hugh Royal Epps, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Hugh Royal Epps appeals the district court's memorandum opinions and orders dismissing his complaint pursuant to 28 U.S.C. § 1915(e)(2) (2018), and denying Epps' motion to reconsider under Fed. R. Civ. P. 59(e). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Epps v. United States*, No. 3:17-cv-00646-HEH-RCY (E.D. Va. Feb. 6, 2019; Aug. 26, 2019). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*